MILLER *v.* GORDON TRANSPORT, INC. et al.

No. 41929          October 2, 1961          133 So. 2d 291

*W. S. Murphy,* Lucedale, for appellant.

*W. T. Bailey,* Lucedale; *Rae Bryant,* Gulfport, for appellees.

ARRINGTON, J.

This case is controlled by the case of Fant, et al. v. Commercial Carriers, et al., 210 Miss. 474, 49 So. 2d 887.

Affirmed.

*McGehee, C.J.,* and *Ethridge, McElroy* and *Rodgers, JJ.,* concur.